UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN LEWIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICHARD MORGAM, STEVEN SINCLAIR, MICHAEL PONTI, RONDLE VAN BOENING, ELDON VAIL, MARGE LITTRELL, KAYE ADKINS, A. WALTER, FREDERICK IVEY, LONNIE ROBERTS, A. SERVEN, SANDI JACOBSON, CARLA SCHETTLER, CLIFF PEASE, KAREN CAGLE, GRAY ROSSO, REBBCA AND JOSE CARDELL, DR. R. FLECK, P.A. LOPEZ, CYNTHIA NUNLEY, and JOHN MOORE,<br><br>    Defendants. | NO.  CV-05-5118-FVS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

   BEFORE THE COURT is Plaintiff John Lewis's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a).  Defendants have not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 13) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**  Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.  Therefore,

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

1  Plaintiff still is obliged to pay the full filing fee for this action
2  pursuant to 28 U.S.C. § 1915(b).
3      **IT IS SO ORDERED**.  The District Court Executive is directed to
4  enter this Order, forward a copy to Plaintiff, and close the file.
5      **DATED** this    23rd        day of February 2006.

```
              s/ Fred Van Sickle
                FRED VAN SICKLE
           UNITED STATES DISTRICT JUDGE
```

28 ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2